# United States Court of Appeals
### For the Eighth Circuit

_____

No. 18-1872

_____

United States of America,

*Plaintiff - Appellee,*

v.

Adam E. Billings,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: December 6, 2018
Filed: January 10, 2019
[Unpublished]

_____

Before COLLOTON, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Adam Billings directly appeals the sentence the district court[1] imposed after he pleaded guilty to a drug offense. His counsel has moved to withdraw, and has filed

---

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.

a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable. Billings has not filed a pro se brief.

After careful review, we conclude that the district court did not impose an unreasonable sentence, as the court properly considered the factors set forth in 18 U.S.C. § 3553(a), and there is no indication that the court committed a clear error of judgment in weighing relevant factors. *See United States v. Salazar-Aleman*, 741 F.3d 878, 881 (8th Cir. 2013) (standard of review).

Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion and affirm.

_____